IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFF BARTELS, | |
| Plaintiff, | Case No.: 1:23-cv-00250 |
| v. | Judge Lindsay C. Jenkins |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Heather K. McShain |
| Defendants. | |

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, JEFF BARTELS, ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and/or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Jeff Bartels and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on March 22, 2023, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon Payments,

Inc. ("Amazon") marketplace, as identified in Exhibit 2 to the Declaration of Jeff Bartels as being related to the defendants.

      4.      I hereby certify that on or before March 22, 2023, I electronically published the Complaint, TRO, and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion and Memorandum in Support of Preliminary Injunction, on said website.

      5.      I hereby certify that on March 22, 2023, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon marketplace, as identified and provided by third parties for Defendants that includes a link to said website.

      6.      The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2023.

                                                   */s/ Keith A. Vogt*
                                                   Keith A. Vogt
                                                   *Counsel for Plaintiff*